CENTER FOR DISABILITY ACCESS
Russell Handy, Esq., SBN 195058
Phyl Grace, Esq., SBN 171771
Dennis Price, SBN 279082
Mary Melton, Esq., SBN 164407
9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385
(888) 422-5191 fax
mark@potterhandy.com
Attorneys for Plaintiff

JAMES B. WICKERSHAM (SBN: 208744)
jwickersham@danvillelaw.com
MICHELLE R. FERBER (SBN: 149929)
mferber@danvillelaw.com
FERBER LAW, A PROFESSIONAL CORPORATION
2603 Camino Ramon, Suite 385
San Ramon, California 94583
Telephone: (925) 355-9800
Facsimile: (925) 355-9801
Attorney for Defendant
James C. Howe and Slim Jim's Locksmiths, Inc.

*IT IS SO ORDERED*
*Kandis Westmore*
*Judge Kandis Westmore*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>　　Plaintiff,<br>　v.<br><br>JAMES C. HOWE;<br>SLIM JIM'S LOCKSMITHS, INC.,<br>a California Corporation; and Does<br>1-10,<br><br>　　Defendants, | Case: 4:17-CV-03332-KAW<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a)(1)(A)(ii)** |

1

Joint Stipulation for Dismissal　　　　　　　　Case: 4:17-CV-03332-KAW

## **STIPULATION**

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: 9/28/17          CENTER FOR DISABILITY ACCESS

By: /s/Phyl Grace_____
    Phyl Grace
    Attorneys for Plaintiff

Dated: 9/28/17          FERBER LAW, A PROFESSIONAL CORPORATION

By: /s/James Wickersham_____
    James Wickersham
    Michelle R. Ferber
    Attorney for Defendants
    James C. Howe; Slim Jim's Locksmiths, Inc.

## SIGNATURE CERTIFICATION

I hereby certify that the content of this document is acceptable to James Wickersham, counsel for James C. Howe and Slim Jim's Locksmiths, Inc., and that I have obtained Mr. Wickersham's authorization to affix his electronic signature to this document.

Dated: 9/28/17                    CENTER FOR DISABILITY ACCESS

                                  By: /s/Phyl Grace_____
                                      Phyl Grace
                                      Attorneys for Plaintiff